| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of __Delaware__ (State) |
| Case number (*If known*): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Oklahoma ProCure Management, LLC |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | DBA ProCure Proton Therapy Center |
|---|---|---|

| 3. | Debtor's Federal Employer Identification Number (EIN) | 20-5819763 |
|---|---|---|

| 4. | Debtor's address | **Principal place of business**<br><br>5901 W. Memorial Road<br>Number       Street<br><br>_____<br><br>Oklahoma City, OK 73142<br>City              State        ZIP Code<br><br>Oklahoma County<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City              State        ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number       Street<br><br>_____<br><br>_____<br>City              State        ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | https://www.procure.com/Oklahoma-Explore |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

| | | | |
|---|---|---|---|
| Debtor | Oklahoma ProCure Management, LLC | Case number (if known) | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6214

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/10/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
　　　　　　　　　　　　　　MM / DD / YYYY
　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
　　　District _____  When _____
　　　　　　　　　　　　　MM / DD / YYYY
　　　Case number, if known _____

Debtor  Oklahoma ProCure Management, LLC    Case number (if known) _____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____

_____    ____    ____
City    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☒ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | Oklahoma ProCure Management, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/15/2018
         MM / DD / YYYY

X /s/ James J. Loughlin, Jr.
Signature of authorized representative of debtor

James J. Loughlin, Jr.
Printed name

Title VP/ Assistant Treasurer

**18. Signature of attorney**

X /s/ Gregory W. Werkheiser       Date 11/15/2018
Signature of attorney for debtor              MM / DD / YYYY

Gregory W. Werkheiser
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market St., 16th Floor
Number    Street

Wilmington                    DE        19801
City                          State     ZIP Code

(302) 658-9200                gwerkheiser@mnat.com
Contact phone                 Email address

3553                          DE
Bar number                    State

# OKLAHOMA PROCURE MANAGEMENT, LLC
# RESOLUTIONS OF THE BOARD OF DIRECTORS

**November 15, 2018**

The Board of Directors (the "Board") of Oklahoma ProCure Management, LLC, a Delaware limited liability company (the "Company"), pursuant to the Delaware Limited Liability Company Act and the Operating Agreement of the Company, at a duly convened meeting, does hereby adopt the following resolutions:

**WHEREAS**, the Board has considered the information presented by the management and legal advisors of the Company regarding the financial condition of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business and the treatment of its remaining patients;

**WHEREAS**, the Board has been briefed on the proposed voluntary bankruptcy petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the Company intends to operate its business and manage its property as a debtor-in-possession;

**WHEREAS**, management and legal advisors have informed the Board of the material terms of a proposed Term Sheet (together with its exhibits, the "DIP Term Sheet"), by and between Allied Health Management, LLC, as lender (the "DIP Lender"), an entity affiliated with David Raubach, and the Company, as borrower, which DIP Term Sheet, together with its exhibits sets forth the terms and conditions of a super-priority secured debtor-in-possession financing facility and agreement for use of cash collateral (together, the "DIP Facility");

**WHEREAS**, the DIP Facility is intended to, among other things, fund the Company's operations and restructuring related fees and expenses during its contemplated chapter 11 bankruptcy proceeding;

**WHEREAS**, the Board has had the opportunity to consult with the management and the legal advisors to the Company and fully consider each of the strategic alternatives available to the Company;

Chapter 11 Filing

**NOW THEREFORE, BE IT RESOLVED**, that the Company file a petition in the Bankruptcy Court seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that each of James Loughlin, Tom Hsin-Chieh Wang, and Andrew Knizley (each, an "Authorized Officer," and, collectively, the "Authorized Officers") is

hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine it to be in the best interests of the Company; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed in the name and on behalf of the Company, to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which they or any one of them deem necessary or appropriate in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is further

Retention of Advisors

**RESOLVED**, that the law firm of Morris, Nichols, Arsht & Tunnell LLP be, and hereby is , employed under a general retainer to render legal services to, and to represent, the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officers shall approve; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf of, and in the name of the Company, to retain such other professionals and a claims and noticing agent, each as they deem appropriate during the course of the chapter 11 case; and it is further

DIP Financing / Cash Collateral

**RESOLVED**, that in connection with the connection of the chapter 11 case by the Company, any Authorized Officer be, and hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor-in-possession, to negotiate, execute and deliver (i) the DIP Term Sheet and in connection therewith, such agreements, certificates, instruments, collateral documents, mortgages, guarantees, notices and any and all other documents that the Authorized Officers may deem necessary or appropriate to facilitate the execution or deliver of the DIP Facility and the pledge of collateral in connection therewith, the signature of such Authorized Officer to be deemed conclusive evidence of such determination, and (ii) such other agreements for secured super-priority debtor in possession loan facilities and/or agreements for the use of cash collateral that the Authorized Officers may deem appropriate for and in the best interests of the Company, each on terms that the Authorized Officers may deem necessary or appropriate for the consummation of the transactions contemplated thereby,

2

the signature of such Authorized Officer to be deemed conclusive evidence of such determination; and it is further

Potential Sale Transaction

**RESOLVED**, that the Company and any Authorized Officers are hereby authorized, directed and empowered, on behalf of and in the name of the Company to file a motion with the Bankruptcy Court seeking approval of a potential sale of all or substantially all of the Company's assets pursuant to, *inter alia,* sections 363 and 365 of the Bankruptcy Code, to The Oklahoma Proton Center, LLC, an entity affiliated with David Raubach, or such other person or entity that in the exercise of discretion any Authorized Officer presents the highest and best offer for all or substantially all of the Company's assets within the timeframe available to the Company (any such transaction, a "Potential Sale Transaction"); and it is further

**RESOLVED**, that any Authorized Officer is hereby authorized, directed and empowered on behalf of, and in the name of, the Company to (a) take actions and negotiate, or cause to be prepared and negotiated, and subject to Bankruptcy Court approval as required, to execute, deliver, perform and cause the performance of any agreements (including asset purchase agreements), certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of, and necessary to effectuate, any Potential Sale Transactions to which the Company is or will be a party and (b) request the Bankruptcy Court to approve any Potential Sale Transaction (including a sale of the Company's assets to a higher or better bidder) and for any related relief; and it is further

Fees and Expenses

**RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Board; and it is further

General

**RESOLVED**, that the Authorized Officers of the Company be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, certificates, undertakings, instruments and any and all other documents and amendments as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf of and for and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any agreements, undertakings, documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that any and all actions heretofore taken by any member of the Board or the Authorized Officers consistent with the purpose and intent of the foregoing resolutions are hereby authorized, ratified, approved, confirmed and adopted in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Board for its prior approval.

The undersigned hereby certifies that he is the duly elected Secretary and custodian of the books and records of the Company and the foregoing is a true and correct record of a resolution duly adopted by the Board at a special meeting of the Board noticed, convened and held on November 15, 2018, all in accordance with the Company's Operating Agreement and applicable provisions of the Delaware Limited Liability Company Act.

IN WITNESS WHEREOF, I have executed this resolution as Secretary this 15th day of November, 2018.

`

*[signature: Tom Hsin-Chieh Wang]*

Tom Hsin-Chieh Wang, Secretary

**Fill in this information to identify the case:**

Debtor name: Oklahoma ProCure Management, LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | IBA Proton Therapy, Inc.<br>151 Heartland Blvd.<br>Edgewood, NY 11717 | Vincent Chauvier<br>vincent.chauvier@iba-group.com<br>Phone: (571) 449-4999 | Equipment Services | | | | $4,718,934.00 |
| 2 | Proton Center Development Corporation<br>251 Flyers Lane<br>Tustin, CA 92782 | Andrew Chang<br>andrewlchangmd@gmail.com<br>Phone: (951) 533-4889 | Professional Services | | | | $1,252,500.00 |
| 3 | Integris Realty Corporation<br>3433 NW 56th Suite 100<br>Oklahoma City, OK 73112 | Susan M. Henderson, J.D.<br>Susan.Henderson@integrisok.com<br>Phone: (405) 951-4779 | Ground Lease and IT License | | | | $559,061.44 |
| 4 | Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | Douglas A. Grimm<br>douglas.grimm@arentfox.com<br>Phone: (202) 857-6370 | Professional Services | | | | $414,675.97 |
| 5 | OU Medical Center<br>PO Box 277362<br>Atlanta, GA 30384 | President or General Counsel<br>Phone: (866) 656-8715 | Medical Services | | | | $224,696.82 |
| 6 | Elekta, Inc.<br>PO Box 404199<br>Atlanta, GA 30384 | Arishnah Smith<br>arishnah.smith@elekta.com<br>Phone: (770) 670-2435 | Software Services | | | | $145,549.50 |
| 7 | Proton Collabortative Group<br>4455 Weaver Parkway<br>Warrenville, IL 60555 | Andrew Chang<br>andrewlchangmd@gmail.com<br>Phone: (951) 533-4889 | Membership Dues | | | | $126,666.60 |
| 8 | Radiation Medicine Associates Inc.<br>PO Box 248856<br>Oklahoma City, OK 73124 | Claudia Mattox<br>claudiamattox@okradonc.com<br>Phone: (405) 607-4520 | Medical Director Services | | | | $87,500.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor   **Oklahoma ProCure Management, LLC**_____   Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | GE Healthcare<br>PO Box 96483<br>Chicago, IL 60693 | David R. Smith<br>david.r.smith@med.ge.com<br>Phone: (405) 315-5869 | Equipment Services | | | | $84,441.50 |
| 10 | Varian Medical Systems, Inc.<br>3100 Hansen Way<br>Palo Alto, CA 94304 | Thomas Brunson<br>thomas.brunson@varian.com<br>Phone: (832) 463-8431 | License and Software Services | | | | $37,950.00 |
| 11 | Katz Radio Group Network<br>12022 Collections Centre Drive<br>Chicago, IL 60693 | Kimberly Browne<br>Phone: (212) 424-6516 | Marketing Services | | | | $30,999.98 |
| 12 | Presidio Networked Solutions<br>PO Box 822169<br>Philadelphia, PA 19182 | Brett DeMayo<br>brettd@presidio.com<br>Phone: (781) 638-2238 | IT Services | | | | $19,086.00 |
| 13 | First Maintenance Company<br>208 N.W. 60th Street<br>Oklahoma City, OK 73118 | President or General Counsel | Facility Services | | | | $13,227.74 |
| 14 | Freeman Manufacturing & Supply<br>PO Box 72523<br>Cleveland, OH 44192 | Linda Hatmaker<br>lhatmaker@freemansupply.com<br>Phone: (404) 934-1902 | Medical Supplies | | | | $12,757.82 |
| 15 | United Mechanical<br>117 NE 38th Terrace<br>Oklahoma City, OK 73105 | President or General Counsel | Facility Services | | | | $12,688.00 |
| 16 | McAfee & Taft<br>211 North Robinson<br>Two Leadership Square, 10th Floor<br>Oklahoma City, OK 73102 | Elizabeth Dalton Tyrrell<br>elizabeth.tyrrell@mcafeetaft.com<br>Phone: (405) 552-2217 | Professional Services | | | | $10,539.50 |
| 17 | BNP Paribas Fortis<br>Montage du Parc 3<br>Brussels 1000, Belgium | Martine Periglione<br>martine.periglione@bnpparibasfortis.com<br>Phone: +32 (0) 2 565-2086 | Agency Fee | | | | $8,750.00 |
| 18 | BKD, LLP<br>201 N. Illinois Street, Suite 700<br>P.O. Box 44998<br>Indianapolis, IN 46244 | Greg Rexing<br>grexing@bkd.com<br>Phone: (812) 336-8550 | Professional Services | | | | $8,675.00 |
| 19 | MSC Technologies, Inc.<br>5909 NW Expressway, Suite 200<br>Oklahoma City, OK 73132 | President or General Counsel<br>Phone: (405) 721-5577 | IT Services | | | | $7,873.00 |
| 20 | National Bronze and Metals, Inc.<br>PO Box 800818<br>Houston, TX 77280 | President or General Counsel<br>Phone: (800) 231-0771 | Medical Supplies | | | | $7,157.50 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Oklahoma ProCure Management, LLC, | Case No. 18-_____ (___) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT

The above-captioned debtor and debtor in possession (the "Debtor") makes this statement under rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure. The Debtor hereby certifies that the following entities, corporations and individuals directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Name of Equity Interest Holder | Last Known Address of Equity Interest Holder | Equity Interest Held |
|---|---|---|
| ProCure Midwest Holdings, LLC | P.O. Box 2267 Bloomington, IN 47402 | 55.07% |
| McClendon Venture Company, LLC | P.O. Box 18756 Oklahoma City, OK 73154 | 22.67% |

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal EIN, is Oklahoma ProCure Management, LLC (9763). The Debtor's mailing address is 5901 W. Memorial Rd., Oklahoma City, Oklahoma 73142.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Oklahoma ProCure Management, LLC, | Case No. 18-_____ (___) |
| Debtor.[1] | |

## LIST OF EQUITY SECURITY HOLDERS

The above-captioned debtor and debtor in possession (the "<u>Debtor</u>") provides this list of equity security holders pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Holder of Equity Securities | Nature of Interests Held | Percentage Held |
|---|---|---|
| ProCure Midwest Holdings, LLC<br>P.O. Box 2267<br>Bloomington, IN 47402 | Common Shares | 55.07% |
| McClendon Venture Company, LLC<br>(on behalf of Series B)<br>P.O. Box 18756<br>Oklahoma City, OK 73154 | Common Shares | 22.67% |
| Radiation Medicine Investments, LLC<br>5300 North Grand Blvd.<br>Suite 301<br>Oklahoma City, OK 73112 | Common Shares | 6.00% |
| Tercet Partners, LLC<br>(on behalf of Series J)<br>P.O. Box 61091<br>Oklahoma City, OK 73146 | Common Shares | 5.66% |
| Tercet Partners, LLC<br>(on behalf of Series K)<br>P.O. Box 61091<br>Oklahoma City, OK 73146 | Common Shares | 5.00% |

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal EIN, is Oklahoma ProCure Management, LLC (9763). The Debtor's mailing address is 5901 W. Memorial Rd., Oklahoma City, Oklahoma 73142.

| Holder of Equity Securities | Nature of Interests Held | Percentage Held |
|---|---|---|
| Radiation Oncology Investments, LLC<br>4200 West Memorial Road, #306<br>Oklahoma City, OK 73120 | Common Shares | 4.00% |
| Oklahoma ProCure Investments, LLC<br>P.O. Box 2267<br>Bloomington, IN 47402 | Common Shares | 1.60% |

**Fill in this information to identify the case and this filing:**

Debtor Name __Oklahoma ProCure Management, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement, Creditor Matrix, List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/15/18__    X _/s/ James J. Loughlin, Jr._
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

__James J. Loughlin, Jr.__
Printed name

__VP/Assistant Treasurer__
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors