**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Oklahoma ProCure Management, LLC, | Case No. 18-12622 (MFW) |
| Debtor.[1] | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 26, 2018 AT 2:00 P.M. (EASTERN TIME)[3]

ADJOURNED/CONTINUED MATTERS

None.

RESOLVED MATTERS

None.

MATTERS GOING FORWARD OR REQUESTED TO GO FORWARD

1) Hearing regarding Court's direction to Debtor to provide additional support under 28 U.S.C. § 1408.

   Objection Deadline: N/A.

   Responses Received:

   a) Per the Court's direction, prior to the hearing, the Debtor will file a statement providing additional support for under 28 U.S.C. § 1408.

   Related Filings:

   a) Debtor's Memorandum in Support of Retaining Venue of its Chapter 11 Case in the United States Bankruptcy Court for the District of Delaware (D.I. 45, Filed 11/26/18).

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal EIN, is Oklahoma ProCure Management, LLC (9763). The Debtor's mailing address 5901 W. Memorial Rd., Oklahoma City, Oklahoma 73142.

[2] **Amended items appear in bold**.

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

    b)    Declaration Of James J. Loughlin, Jr. In Support Of Debtor's Memorandum in Support of Retaining Venue of its Chapter 11 Case in the United States Bankruptcy Court for the District of Delaware (D.I. 46, Filed 11/26/18).

    **c)**    **Joinder Of Allied Health Management, LLC And The Oklahoma Proton Center LLC To The Debtor's Memorandum in Support of Retaining Venue of its Chapter 11 Case in the United States Bankruptcy Court for the District of Delaware (D.I. 48, Filed 11/26/18).**

    **d)**    **Joinder Of Prepetition Agent In Support Of Debtor's Memorandum in Support of Retaining Venue of its Chapter 11 Case in the United States Bankruptcy Court for the District of Delaware (D.I. 50, Filed 11/26/18).**

    <u>Status</u>:   This matter is going forward.

2)    Motion For Order (I) Shortening Notice Of Certain Requested Scheduling And Procedural Relief In The Debtor's Sale Motion; (II) Scheduling An Expedited Hearing To Consider The Requested Scheduling And Procedural Relief; (III) Establishing Objection Deadlines For Such Hearing; And (IV) Granting Related Relief (D.I. 40, Filed 11/21/18) (the "<u>Motion to Shorten</u>").

    <u>Objection Deadline</u>: N/A.

    <u>Responses Received</u>:

    a)    Informal objection from INTEGRIS entities.

    <u>Related Filings</u>:

    a)    Debtor's Motion for Entry of: (I) Order (A) Granting Relief, in Part, from Compliance with Del. Bankr. L.R. 6004-1, (B) Approving Certain Noticing procedures in Connection with Proposed Private Sale of Debtor's Assets and Business, (C) Approving Assumption and Assignment Procedures for Proposed Sale, (D) Scheduling the Sale Hearing and Fixing Certain Related Dates and (E) Granting Related Relief; and (II) Order (A) Approving a Private Sale of Substantially All of the Debtor's Assets, Other Than Certain Excluded Assets, Free and Clear of Liens, Claims and Interests Thereunder, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 38, Filed 11/21/18).

    b)    Notice of Hearing to Consider Debtor's Request for Scheduling and Procedural Relief in Debtor's Motion for Entry of: (I) Order (A) Granting Relief, in Part, from Compliance with Del. Bankr. L.R. 6004-1, (B) Approving Certain Noticing procedures in Connection with Proposed Private Sale of Debtor's Assets and Business, (C) Approving Assumption and Assignment Procedures for Proposed Sale, (D) Scheduling the Sale Hearing and Fixing Certain Related Dates and (E) Granting Related Relief; and (II) Order (A) Approving a Private Sale of Substantially All of the

        Debtor's Assets, Other Than Certain Excluded Assets, Free and Clear of Liens, Claims and Interests Thereunder, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 39, Filed 11/21/18).

        Status:   This matter is going forward.

3)      Debtor's requests for scheduling and procedural relief contained in Debtor's Motion for Entry of: (I) Order (A) Granting Relief, in Part, from Compliance with Del. Bankr. L.R. 6004-1, (B) Approving Certain Noticing procedures in Connection with Proposed Private Sale of Debtor's Assets and Business, (C) Approving Assumption and Assignment Procedures for Proposed Sale, (D) Scheduling the Sale Hearing and Fixing Certain Related Dates and (E) Granting Related Relief; and (II) Order (A) Approving a Private Sale of Substantially All of the Debtor's Assets, Other Than Certain Excluded Assets, Free and Clear of Liens, Claims and Interests Thereunder, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 38, Filed 11/21/18) (Matter listed subject to the Court granting the Motion to Shorten).

        Objection Deadline: Any time prior to start of the hearing for any written objection or on the record of the hearing for any oral objection (in each instance, subject to the Court granting the Motion to Shorten).

        Responses Received:

        a)     None.

        Related Filings:

        a)     Notice of Hearing to Consider Debtor's Request for Scheduling and Procedural Relief in Debtor's Motion for Entry of: (I) Order (A) Granting Relief, in Part, from Compliance with Del. Bankr. L.R. 6004-1, (B) Approving Certain Noticing procedures in Connection with Proposed Private Sale of Debtor's Assets and Business, (C) Approving Assumption and Assignment Procedures for Proposed Sale, (D) Scheduling the Sale Hearing and Fixing Certain Related Dates and (E) Granting Related Relief; and (II) Order (A) Approving a Private Sale of Substantially All of the Debtor's Assets, Other Than Certain Excluded Assets, Free and Clear of Liens, Claims and Interests Thereunder, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 39, Filed 11/21/18).

        Status:   Although the Debtor made substantial headway on finalizing the Asset Purchase Agreement over the holiday, the Asset Purchase Agreement is not yet executed.  In view of the foregoing, the Debtor respectfully requests to defer the hearing on the Scheduling and Procedural Relief until either November 29, 2018 or November 30, 2018, subject to the Court's availability.

| | |
|---|---|
| November 26, 2018<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/     *Paige N. Topper*<br>Gregory W. Werkheiser (No. 3553)<br>Daniel B. Butz (No. 4227)<br>Paige N. Topper (No. 6470)<br>1201 N. Market St., 16th Floor<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>gwerkheiser@mnat.com<br>dbutz@mnat.com<br>ptopper@mnat.com<br><br>*Proposed Counsel for the Debtor and Debtor in Possession* |

12385411.1