**Fill in this information to identify the case:**

Debtor name: Oklahoma ProCure Management, LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 18-12622 (MFW)

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | IBA Proton Therapy, Inc.<br>151 Heartland Blvd.<br>Edgewood, NY 11717 | Vincent Chauvier<br>vincent.chauvier@iba-group.com<br>Phone: (571) 449-4999 | Equipment Services | | | | $4,718,934.00 |
| 2 | Proton Center Development Corporation<br>251 Flyers Lane<br>Tustin, CA 92782 | Andrew Chang<br>andrewlchangmd@gmail.com<br>Phone: (951) 533-4889 | Professional Services | | | | $1,252,500.00 |
| 3 | Integris Realty Corporation<br>3433 NW 56th Suite 100<br>Oklahoma City, OK 73112 | Susan M. Henderson, J.D.<br>Susan.Henderson@integrisok.com<br>Phone: (405) 951-4779 | Ground Lease and IT License | | | | $559,061.44 |
| 4 | Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20006 | Douglas A. Grimm<br>douglas.grimm@arentfox.com<br>Phone: (202) 857-6370 | Professional Services | | | | $414,675.97 |
| 5 | Elekta, Inc.<br>PO Box 404199<br>Atlanta, GA 30384 | Arishnah Smith<br>arishnah.smith@elekta.com<br>Phone: (770) 670-2435 | Software Services | | | | $366,567.56 |
| 6 | OU Medical Center<br>PO Box 277362<br>Atlanta, GA 30384 | Jeanne Williams<br>jeanne.williams@hcahealthcare.com<br>Phone: (866) 656-8715 | | | | | $224,696.82 |
| 7 | Proton Collabortative Group<br>4455 Weaver Parkway<br>Warrenville, IL 60555 | Andrew Chang<br>andrewlchangmd@gmail.com<br>Phone: (951) 533-4889 | Membership Dues | | | | $126,666.60 |
| 8 | Radiation Medicine Associates Inc.<br>PO Box 248856<br>Oklahoma City, OK 73124 | Claudia Mattox<br>claudiamattox@okradonc.com<br>Phone: (405) 607-4520 | Medical Director Services | | | | $87,500.00 |

Debtor     Oklahoma ProCure Management, LLC
               Name

Case number (*if known*) 18-12622 (MFW)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | GE Healthcare<br>PO Box 96483<br>Chicago, IL 60693 | David R. Smith<br>david.r.smith@med.ge.com<br>Phone: (405) 315-5869 | Equipment Services | | | | $84,441.50 |
| 10 | Varian Medical Systems, Inc.<br>3100 Hansen Way<br>Palo Alto, CA 94304 | Thomas Brunson<br>thomas.brunson@varian.com<br>Phone: (832) 463-8431 | License and Software Services | | | | $37,950.00 |
| 11 | Katz Radio Group Network<br>12022 Collections Centre Drive<br>Chicago, IL 60693 | Kimberly Browne<br>kim.browne@katz-radio.com<br>Phone: (212) 424-6516 | Marketing Services | | | | $30,999.98 |
| 12 | Presidio Networked Solutions<br>PO Box 822169<br>Philadelphia, PA 19182 | Brett DeMayo<br>brettd@presidio.com<br>Phone: (781) 638-2238 | IT Services | | | | $19,086.00 |
| 13 | First Maintenance Company<br>208 N.W. 60th Street<br>Oklahoma City, OK 73118 | Nick Pennell<br>Facsimile: (405) 843-0822 | Facility Services | | | | $13,227.74 |
| 14 | Freeman Manufacturing & Supply<br>PO Box 72523<br>Cleveland, OH 44192 | Linda Hatmaker<br>lhatmaker@freemansupply.com<br>Phone: (404) 934-1902 | Medical Supplies | | | | $12,757.82 |
| 15 | United Mechanical<br>117 NE 38th Terrace<br>Oklahoma City, OK 73105 | Jana Danker<br>jana@unitedmech.com<br>randyh@unitedmech.com | Facility Services | | | | $12,688.00 |
| 16 | McAfee & Taft<br>211 North Robinson<br>Two Leadership Square, 10th Floor<br>Oklahoma City, OK 73102 | Elizabeth Dalton Tyrrell<br>elizabeth.tyrrell@mcafeetaft.com<br>Phone: (405) 552-2217 | Professional Services | | | | $10,539.50 |
| 17 | BNP Paribas Fortis<br>Montage du Parc 3<br>Brussels 1000, Belgium | Martine Periglione<br>martine.periglione@bnpparibasfortis.com<br>Phone: +32 (0) 2 565-2086 | Agency Fee | | | | $8,750.00 |
| 18 | BKD, LLP<br>201 N. Illinois Street, Suite 700<br>P.O. Box 44998<br>Indianapolis, IN 46244 | Greg Rexing<br>grexing@bkd.com<br>Phone: (812) 336-8550 | Professional Services | | | | $8,675.00 |
| 19 | MSC Technologies, Inc.<br>5909 NW Expressway, Suite 200<br>Oklahoma City, OK 73132 | GaryGagnon<br>gary@msctech.net<br>Phone: (405) 721-5577 | IT Services | | | | $7,873.00 |
| 20 | National Bronze and Metals, Inc.<br>PO Box 800818<br>Houston, TX 77280 | rlavergne@nbmetals.com<br>Phone: (800) 231-0771<br>Facsimile: (713) 869-0883 | Medical Supplies | | | | $7,157.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Oklahoma ProCure Management, LLC</u>

United States Bankruptcy Court for the: _____   District of <u>Delaware</u>
(State)

Case number (*If known*): <u>18-12622 (MFW)</u>

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration <u>Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>11/28/18</u>     ✗ _[signature]_
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

James J. Loughlin, Jr.
Printed name

VP/Assistant Treasurer
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**