**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Oklahoma ProCure Management, LLC, | Case No. 18-12622 (MFW) |
| Debtor.[1] | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 29, 2018 AT 1:00 P.M. (EASTERN TIME)[3]

MATTER GOING FORWARD

1)  Debtor's Motion for Entry of: (I) Order (A) Granting Relief, in Part, from Compliance with Del. Bankr. L.R. 6004-1, (B) Approving Certain Noticing procedures in Connection with Proposed Private Sale of Debtor's Assets and Business, (C) Approving Assumption and Assignment Procedures for Proposed Sale, (D) Scheduling the Sale Hearing and Fixing Certain Related Dates and (E) Granting Related Relief; and (II) Order (A) Approving a Private Sale of Substantially All of the Debtor's Assets, Other Than Certain Excluded Assets, Free and Clear of Liens, Claims and Interests Thereunder, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (D.I. 38, Filed 11/21/18).

   Objection Deadline: At the hearing.

   Responses Received:  None as of the filing of this Agenda.

   Related Filings:

   a)  Order (I) Shortening Notice Of Certain Requested Scheduling And Procedural Relief In The Debtor's Sale Motion; (II) Scheduling An Expedited Hearing To Consider The Requested Scheduling And Procedural Relief; (III) Establishing Objection Deadlines For Such Hearing; And (IV) Granting Related Relief (D.I. 56, Entered 11/27/18)**; and**

   b)  **Supplement To Debtor's Motion For Entry Of: (I) Order (A) Granting Relief, In Part, From Compliance With Del. Bankr. L.R. 6004-1, (B) Approving Certain Noticing Procedures In Connection With Proposed Private Sale Of Debtor's Assets And Business, (C) Approving Assumption And Assignment Procedures For Proposed Sale, (D) Scheduling The Sale Hearing And Fixing Certain Related**

---

[1]  The Debtor in this case, along with the last four digits of the Debtor's federal EIN, is Oklahoma ProCure Management, LLC (9763).  The Debtor's mailing address 5901 W. Memorial Rd., Oklahoma City, Oklahoma 73142.

[2]  **Amended items appear in bold.**

[3]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**Dates And (E) Granting Related Relief; And (II) Order (A) Approving A Private Sale Of Substantially All Of The Debtor's Assets, Other Than Certain Excluded Assets, Free And Clear Of Liens, Claims And Interests Thereunder, (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief (D.I. 67, Filed 11/29/18).**

<u>Status</u>:   This matter is going forward.

November 29, 2018
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/      Paige N. Topper*
Gregory W. Werkheiser (No. 3553)
Daniel B. Butz (No. 4227)
Paige N. Topper (No. 6470)
1201 N. Market St., 16th Floor
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
gwerkheiser@mnat.com
dbutz@mnat.com
ptopper@mnat.com

*Proposed Counsel for the Debtor and Debtor in Possession*

12395115.1