

# Claims Register Current as of 10/07/2019
Sorted by Claim Number

| CLAIM NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UNITEDHEALTHCARE INSURANCE COMPANY | ATTN: CDM/BANKRUPTCY | 185 ASYLUM STREET - 03B | | HARTFORD | CT | 06103 | 11/28/2018 | UNSECURED | $5,571.04 | $5,571.04 | | | |
| 2 | FIRST MAINTENANCE COMPANY | ATTN: NICK PENNELL | 208 N.W. 60TH STREET | | OKLAHOMA CITY | OK | 73118 | 12/10/2018 | UNSECURED | AMENDED | | | | |
| 3 | FIRST MAINTENANCE COMPANY | ATTN: NICK PENNELL | 208 N.W. 60TH STREET | | OKLAHOMA CITY | OK | 73118 | 12/13/2018 | UNSECURED | $23,610.19 | $23,610.19 | | | |
| 4 | HARTFORD FIRE INSURANCE COMPANY | BANKRUPTCY UNIT | NP-3, HARTFORD PLAZA | | HARTFORD | CT | 06155 | 12/13/2018 | UNSECURED | UNLIQUIDATED | | | | |
| 5 | UNITED MECHANICAL SERVICE, INC. | 117 NE 38TH TERRACE | | | OKLAHOMA CITY | OK | 73105 | 12/13/2018 | UNSECURED | $19,032.00 | $19,032.00 | | | |
| 6 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 12/20/2018 | PRIORITY | AMENDED | | | | |
| 7 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | C/O BECKET AND LEE LLP | PO BOX 3001 | | MALVERN | PA | 19355-0701 | 12/28/2018 | UNSECURED | $3,092.82 | $3,092.82 | | | |
| 8 | LANDAUER INC. | ATTN: ACCOUNTS RECEIVABLE | 2 SCIENCE ROAD | | GLENWOOD | IL | 60425 | 12/28/2018 | UNSECURED | AMENDED | | | | |
| 9 | THYSSENKRUPP ELEVATOR CORP. | C/O LAW OFFICE OF D PARK SMITH | 250 CHERRY SPRINGS ROAD | SUITE 200 | HUNT | TX | 78024 | 1/4/2019 | UNSECURED | $671.51 | $671.51 | | | |
| 10 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 1/3/2019 | UNSECURED | AMENDED | | | | |
| 11 | THE CITY OF OKLAHOMA CITY WATER UTILITIES | 1 N WALKER AVE | | | OKLAHOMA CITY | OK | 73102 | 1/7/2019 | UNSECURED | $5,124.06 | $5,124.06 | | | |
| 12 | KONICA MINOLTA BUSINESS SOLUTIONS | ATTN: SUE KELLY - KONICA MINOLTA | 101 WILLIAMS DRIVE | | RAMSEY | NJ | 07446 | 1/8/2019 | UNSECURED | $1,866.13 | $1,866.13 | | | |
| 13 | OKLAHOMA COUNTY TREASURER | ATTN: FORREST "BUTCH" FREEMAN | 320 ROBERT S. KERR, RM 307 | | OKLAHOMA CITY | OK | 73102 | 1/15/2019 | PRIORITY, SECURED | UNLIQUIDATED | | $268,604.65 | | |
| 14 | CYRACOM, LLC | 5780 N SWAN RD | | | TUCSON | AZ | 85718 | 1/16/2019 | UNSECURED | $75.00 | $75.00 | | | |
| 15 | PROTON COLLABORATIVE GROUP INC (PCG) | ATTN: JILLIAN PLOCHOCKI-SMALLWOOD | 4320 WINFIELD ROAD, SUITE 200 | | WARRENVILLE | IL | 60555 | 1/16/2019 | UNSECURED | $132,999.63 | $132,999.63 | | | |
| 16 | RADIADYNE | 10801 HAMMERLY BLVD., SUITE 220 | | | HOUSTON | TX | 77043 | 1/15/2019 | UNSECURED | $12,643.97 | $12,643.97 | | | |
| 17 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 1/22/2019 | UNSECURED | $97,961.19 | $97,961.19 | | | |
| 18 | OKLAHOMA COUNTY TREASURER | ATTN: FORREST "BUTCH" FREEMAN | 320 ROBERT S. KERR, RM 307 | | OKLAHOMA CITY | OK | 73102 | 1/18/2019 | PRIORITY, SECURED | UNLIQUIDATED | | $268,604.65 | | |
| 19 | WESTERN INSTITUTIONAL REVIEW BOARD | ATTN: LEGAL DEPARTMENT | 1019 39TH AVE, STE 120 | | PUYALLUP | WA | 98374-2115 | 1/29/2019 | UNSECURED | $8,403.00 | $8,403.00 | | | |
| 20 | LANDAUER INC. | ATTN: ACCOUNTS RECEIVABLE | 2 SCIENCE ROAD | | GLENWOOD | IL | 60425 | 2/5/2019 | UNSECURED | AMENDED | | | | |
| 21 | OKLAHOMA GAS AND ELECTRIC SERVICES | ATTN: OGE BANKRUPTCY CLERK | PO BOX 321 M223 | | OKLAHOMA CITY | OK | 73101 | 2/7/2019 | UNSECURED | $34,127.25 | $34,127.25 | | | |
| 22 | AVIVA METALS INC | 2929 W 12TH ST | | | HOUSTON | TX | 77008 | 2/8/2019 | UNSECURED | $7,157.50 | $7,157.50 | | | |
| 23 | LANDAUER INC. | ATTN: ACCOUNTS RECEIVABLE | 2 SCIENCE ROAD | | GLENWOOD | IL | 60425 | 2/11/2019 | UNSECURED | $6,231.86 | $6,231.86 | | | |
| 24 | ELEKTA, INC. | ATTN: EILEEN HUSSING | 400 PERIMETER CENTER TERRACE | SUITE 50 | ATLANTA | GA | 30346 | 2/19/2019 | UNSECURED | $285,368.79 | $285,368.79 | | | |
| 25 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 2/19/2019 | PRIORITY | $0.00 | | | $0.00 | |
| 26 | VARIAN MEDICAL SYSTEMS, INC. | 3100 HANSEN WAY | | | PALO ALTO | CA | 94304 | 2/28/2019 | UNSECURED | $37,950.00 | $37,950.00 | | | |
| 27 | VARIAN MEDICAL SYSTEMS, INC. | 3100 HANSEN WAY | | | PALO ALTO | CA | 94304 | 2/27/2019 | UNSECURED | $37,950.00 | $37,950.00 | | | |
| 28 | MCAFEE & TAFT A PROFESSIONAL CORPORATION | ATTN: LOUIS PRICE | 211 NORTH ROBINSON | TWO LEADERSHIP SQ. 10TH FLOOR | OKLAHOMA CITY | OK | 73102 | 3/4/2019 | UNSECURED | $10,539.50 | $10,539.50 | | | |
| 29 | SUPERIOR LINEN SERVICES, INC | 6959 E 12TH STREET | | | TULSA | OK | 74112-5605 | 3/5/2019 | UNSECURED | $1,719.86 | $1,719.86 | | | |
| 30 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 3/8/2019 | UNSECURED | $47,848.50 | $47,848.50 | | | |
| 31 | CAPITAL WASTE SOLUTIONS, LLC | 6120 S YALE AVE, SUITE 1250 | | | TULSA | OK | 74136 | 3/11/2019 | UNSECURED | $1,560.00 | $1,560.00 | | | |
| 32 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/11/2019 | UNSECURED | $814.46 | $814.46 | | | |
| 33 | BAYER HEALTHCARE LLC | 3930 EDISON LAKES PARKWAY | | | MISHAWAKA | IN | 46545 | 3/11/2019 | UNSECURED | $2,586.93 | $2,586.93 | | | |
| 34 | HAGAR RESTAURANT EQUIPMENT SERVICE, INC | 6200 NW 2ND ST | | | OKLAHOMA CITY | OK | 73127-6520 | 3/13/2019 | UNSECURED | $294.00 | $294.00 | | | |
| 35 | SERVICE MASTER BY RSI | 8833 E PINE ST | | | TULSA | OK | 74115 | 3/11/2019 | UNSECURED | $1,925.54 | $1,925.54 | | | |
| 36 | PARRISH LAW OFFICES | 788 WASHINGTON RD | | | PITTSBURGH | PA | 15228 | 3/19/2019 | UNSECURED | $1,113.39 | $1,113.39 | | | |
| 37 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/20/2019 | UNSECURED | $18,000.00 | $18,000.00 | | | |
| 38 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 3/21/2019 | ADMINISTRATIVE | $1,817.35 | | | | $1,817.35 |
| 39 | MUSTANG FUEL MARKETING COMPANY | 9800 NORTH OKLAHOMA AVE | | | OKLAHOMA CITY | OK | 73114 | 3/21/2019 | UNSECURED, ADMINISTRATIVE | $1,472.23 | $985.59 | | | $486.64 |
| 40 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/21/2019 | UNSECURED | $18,000.00 | $18,000.00 | | | |
| 41 | PROTON CENTER DEVELOPMENT CORPORATION | C/O KING & SPALDING LLP | ATTN: EDWARD L. RIPLEY | 1100 LOUISIANA, STE 4000 | HOUSTON | TX | 77002-5312 | 3/21/2019 | UNSECURED | $1,066,898.95 | $1,066,898.95 | | | |
| 42 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/24/2019 | ADMINISTRATIVE | $775.73 | | | | $775.73 |
| 43 | RADIATION MEDICINE ASSOCIATES P.C. | C/O GIBBONS P.C. | ATTN: HOWARD A. COHEN | 300 DELAWARE AVENUE, SUITE 1015 | WILMINGTON | DE | 19801 | 3/25/2019 | ADMINISTRATIVE | $43,750.00 | | | | $43,750.00 |
| 44 | MERRY X-RAY CORPORATION | 8020 TYLER BLVD | | | MENTOR | | 44060 | 4/11/2019 | UNSECURED | $210.00 | $210.00 | | | |
| 45 | OKLAHOMA HEALTH CARE AUTHORITY | C/O DAWSON ENGLE, DEP. GEN. COUNSEL | PO DRAWER 18497 | | OKLAHOMA CITY | OK | 73154-0497 | 4/29/2019 | UNSECURED | $11,389.90 | $11,389.90 | | | |
| 46 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES | ATTN: ERIC WOLFISH, HHS ASS'T REGIONAL COUNSEL | 801 MARKER STREET | SUITE 9700 | PHILADELPHIA | PA | 19107 | 5/14/2019 | UNSECURED | $82.89 | $82.89 | | | |
| 47 | ATHENA PUBLISHING COMPANY | ATTN: ROBIN R. GUNN | 841 NW 34TH STREET | | OKLAHOMA CITY | OK | 73118 | 5/29/2019 | ADMINISTRATIVE | $837.50 | | | | $837.50 |



## Claims Register Current as of 10/07/2019
Sorted Alphabetically

| CLAIM NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY | ADMINISTRATIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | C/O BECKET AND LEE LLP | PO BOX 3001 | | MALVERN | PA | 19355-0701 | 12/28/2018 | UNSECURED | $3,092.82 | $3,092.82 | | | |
| 47 | ATHENA PUBLISHING COMPANY | ATTN: ROBIN R. GUNN | 841 NW 34TH STREET | | OKLAHOMA CITY | OK | 73118 | 5/29/2019 | ADMINISTRATIVE | $837.50 | | | | $837.50 |
| 22 | AVIVA METALS INC | 2929 W 12TH ST | | | HOUSTON | TX | 77008 | 2/8/2019 | UNSECURED | $7,157.50 | $7,157.50 | | | |
| 33 | BAYER HEALTHCARE LLC | 3930 EDISON LAKES PARKWAY | | | MISHAWAKA | IN | 46545 | 3/11/2019 | UNSECURED | $2,586.93 | $2,586.93 | | | |
| 31 | CAPITAL WASTE SOLUTIONS, LLC | 6120 S YALE AVE, SUITE 1250 | | | TULSA | OK | 74136 | 3/11/2019 | UNSECURED | $1,560.00 | $1,560.00 | | | |
| 32 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/11/2019 | UNSECURED | $814.46 | $814.46 | | | |
| 37 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/20/2019 | UNSECURED | $18,000.00 | $18,000.00 | | | |
| 40 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/21/2019 | UNSECURED | $18,000.00 | $18,000.00 | | | |
| 42 | CONFIDENTIAL PATIENT | CONFIDENTIAL | | | | | | 3/24/2019 | ADMINISTRATIVE | $775.73 | | | | $775.73 |
| 14 | CYRACOM, LLC | 5780 N SWAN RD | | | TUCSON | AZ | 85718 | 1/16/2019 | UNSECURED | $75.00 | $75.00 | | | |
| 6 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 12/20/2018 | PRIORITY | AMENDED | | | | |
| 25 | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 2/19/2019 | PRIORITY | $0.00 | | | $0.00 | |
| 24 | ELEKTA, INC. | ATTN: EILEEN HUSSING | 400 PERIMETER CENTER TERRACE | SUITE 50 | ATLANTA | GA | 30346 | 2/19/2019 | UNSECURED | $285,368.79 | $285,368.79 | | | |
| 2 | FIRST MAINTENANCE COMPANY | ATTN: NICK PENNELL | 208 N.W. 60TH STREET | | OKLAHOMA CITY | OK | 73118 | 12/10/2018 | UNSECURED | AMENDED | | | | |
| 3 | FIRST MAINTENANCE COMPANY | ATTN: NICK PENNELL | 208 N.W. 60TH STREET | | OKLAHOMA CITY | OK | 73118 | 12/13/2018 | UNSECURED | $23,610.19 | $23,610.19 | | | |
| 10 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 1/3/2019 | UNSECURED | AMENDED | | | | |
| 17 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 1/22/2019 | UNSECURED | $97,961.19 | $97,961.19 | | | |
| 30 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 3/8/2019 | UNSECURED | $47,848.50 | $47,848.50 | | | |
| 38 | GE HEALTHCARE DIAGNOSTIC IMAGING | C/O MICHAEL B BACH, AUTHORIZED AGENT | 25 WHITNEY DRIVE | SUITE 106 | MILFORD | OH | 45150 | 3/21/2019 | ADMINISTRATIVE | $1,817.35 | | | | $1,817.35 |
| 34 | HAGAR RESTAURANT EQUIPMENT SERVICE, INC | 6200 NW 2ND ST | | | OKLAHOMA CITY | OK | 73127-6520 | 3/13/2019 | UNSECURED | $294.00 | $294.00 | | | |
| 4 | HARTFORD FIRE INSURANCE COMPANY | BANKRUPTCY UNIT | NP-3, HARTFORD PLAZA | | HARTFORD | CT | 06155 | 12/13/2018 | UNSECURED | UNLIQUIDATED | | | | |
| 12 | KONICA MINOLTA BUSINESS SOLUTIONS | ATTN: SUE KELLY - KONICA MINOLTA | 101 WILLIAMS DRIVE | | RAMSEY | NJ | 07446 | 1/8/2019 | UNSECURED | $1,866.13 | $1,866.13 | | | |
| 8 | LANDAUER INC. | ATTN: ACCOUNTS RECEIVABLE | 2 SCIENCE ROAD | | GLENWOOD | IL | 60425 | 12/28/2018 | UNSECURED | AMENDED | | | | |
| 20 | LANDAUER INC. | ATTN: ACCOUNTS RECEIVABLE | 2 SCIENCE ROAD | | GLENWOOD | IL | 60425 | 2/5/2019 | UNSECURED | AMENDED | | | | |
| 23 | LANDAUER INC. | ATTN: ACCOUNTS RECEIVABLE | 2 SCIENCE ROAD | | GLENWOOD | IL | 60425 | 2/11/2019 | UNSECURED | $6,231.86 | $6,231.86 | | | |
| 28 | MCAFEE & TAFT A PROFESSIONAL CORPORATION | ATTN: LOUIS PRICE | 211 NORTH ROBINSON | TWO LEADERSHIP SQ. 1OTH FLOOR | OKLAHOMA CITY | OK | 73102 | 3/4/2019 | UNSECURED | $10,539.50 | $10,539.50 | | | |
| 44 | MERRY X-RAY CORPORATION | 8020 TYLER BLVD | | | MENTOR | OH | 44060 | 4/11/2019 | UNSECURED | $210.00 | $210.00 | | | |
| 39 | MUSTANG FUEL MARKETING COMPANY | 9800 NORTH OKLAHOMA AVE | | | OKLAHOMA CITY | OK | 73114 | 3/21/2019 | UNSECURED, ADMINISTRATIVE | $1,472.23 | $985.59 | | | $486.64 |
| 13 | OKLAHOMA COUNTY TREASURER | ATTN: FORREST "BUTCH" FREEMAN | 320 ROBERT S. KERR, RM 307 | | OKLAHOMA CITY | OK | 73102 | 1/15/2019 | PRIORITY, SECURED | UNLIQUIDATED | | $268,604.65 | | |
| 18 | OKLAHOMA COUNTY TREASURER | ATTN: FORREST "BUTCH" FREEMAN | 320 ROBERT S. KERR, RM 307 | | OKLAHOMA CITY | OK | 73102 | 1/18/2019 | PRIORITY, SECURED | UNLIQUIDATED | | $268,604.65 | | |
| 21 | OKLAHOMA GAS AND ELECTRIC SERVICES | ATTN: OGE BANKRUPTCY CLERK | PO BOX 321 M223 | | OKLAHOMA CITY | OK | 73101 | 2/7/2019 | UNSECURED | $34,127.25 | $34,127.25 | | | |
| 45 | OKLAHOMA HEALTH CARE AUTHORITY | C/O DAWSON ENGLE, DEP. GEN. COUNSEL | PO DRAWER 18497 | | OKLAHOMA CITY | OK | 73154-0497 | 4/29/2019 | UNSECURED | $11,389.90 | $11,389.90 | | | |
| 36 | PARRISH LAW OFFICES | 788 WASHINGTON RD | | | PITTSBURGH | PA | 15228 | 3/19/2019 | UNSECURED | $1,113.39 | $1,113.39 | | | |
| 41 | PROTON CENTER DEVELOPMENT CORPORATION | C/O KING & SPALDING LLP | ATTN: EDWARD L. RIPLEY | 1100 LOUISIANA, STE 4000 | HOUSTON | TX | 77002-5312 | 3/21/2019 | UNSECURED | $1,066,898.95 | $1,066,898.95 | | | |
| 15 | PROTON COLLABORATIVE GROUP INC (PCG) | ATTN: JILLIAN PLOCHOCKI-SMALLWOOD | 4320 WINFIELD ROAD, SUITE 200 | | WARRENVILLE | IL | 60555 | 1/16/2019 | UNSECURED | $132,999.63 | $132,999.63 | | | |
| 16 | RADIADYNE | 10801 HAMMERLY BLVD., SUITE 220 | | | HOUSTON | TX | 77043 | 1/15/2019 | UNSECURED | $12,643.97 | $12,643.97 | | | |
| 43 | RADIATION MEDICINE ASSOCIATES P.C. | C/O GIBBONS P.C. | ATTN: HOWARD A. COHEN | 300 DELAWARE AVENUE, SUITE 1015 | WILMINGTON | DE | 19801 | 3/25/2019 | ADMINISTRATIVE | $43,750.00 | | | | $43,750.00 |
| 35 | SERVICE MASTER BY RSI | 8833 E PINE ST | | | TULSA | OK | 74115 | 3/11/2019 | UNSECURED | $1,925.54 | $1,925.54 | | | |
| 29 | SUPERIOR LINEN SERVICES, INC | 6959 E 12TH STREET | | | TULSA | OK | 74112-5605 | 3/5/2019 | UNSECURED | $1,719.86 | $1,719.86 | | | |
| 11 | THE CITY OF OKLAHOMA CITY WATER UTILITIES | 1 N WALKER AVE | | | OKLAHOMA CITY | OK | 73102 | 1/7/2019 | UNSECURED | $5,124.06 | $5,124.06 | | | |
| 9 | THYSSENKRUPP ELEVATOR CORP. | C/O LAW OFFICE OF D PARK SMITH | 250 CHERRY SPRINGS ROAD | SUITE 200 | HUNT | TX | 78024 | 1/4/2019 | UNSECURED | $671.51 | $671.51 | | | |
| 46 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES | ATTN: ERIC WOLFISH, HHS ASS'T REGIONAL COUNSEL | 801 MARKER STREET | SUITE 9700 | PHILADELPHIA | PA | 19107 | 5/14/2019 | UNSECURED | $82.89 | $82.89 | | | |
| 5 | UNITED MECHANICAL SERVICE, INC. | 117 NE 38TH TERRACE | | | OKLAHOMA CITY | OK | 73105 | 12/13/2018 | UNSECURED | $19,032.00 | $19,032.00 | | | |
| 1 | UNITEDHEALTHCARE INSURANCE COMPANY | ATTN: CDM/BANKRUPTCY | 185 ASYLUM STREET - 03B | | HARTFORD | CT | 06103 | 11/28/2018 | UNSECURED | $5,571.04 | $5,571.04 | | | |
| 26 | VARIAN MEDICAL SYSTEMS, INC. | 3100 HANSEN WAY | | | PALO ALTO | CA | 94304 | 2/28/2019 | UNSECURED | $37,950.00 | $37,950.00 | | | |
| 27 | VARIAN MEDICAL SYSTEMS, INC. | 3100 HANSEN WAY | | | PALO ALTO | CA | 94304 | 2/27/2019 | UNSECURED | $37,950.00 | $37,950.00 | | | |
| 19 | WESTERN INSTITUTIONAL REVIEW BOARD | ATTN: LEGAL DEPARTMENT | 1019 39TH AVE, STE 120 | | PUYALLUP | WA | 98374-2115 | 1/29/2019 | UNSECURED | $8,403.00 | $8,403.00 | | | |