# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Oklahoma ProCure Management, LLC, | Case No. 18-12622 (MFW) |
| Post-Effective Date Debtor.[1] | **Re: D.I.** _____ |

## ORDER GRANTING WIND-DOWN ADMINISTRATOR'S
## SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN
## CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND
## DEL. L.R. 3007-1 (DUPLICATE; LATE-FILED)

Upon the *Wind-Down Administrator's Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Duplicate; Late-Filed)* (the "Objection")[2] filed by BDO USA, LLP, the Wind-Down Administrator for Oklahoma ProCure Management, LLC (the "Debtor," after the Effective Date (defined below), the "Post-Effective Date Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), requesting an Order pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 reducing and allowing, disallowing or reclassifying the Claims identified on **Exhibits A-C** attached hereto; and upon the *Declaration of Victor Hsu in Support of Wind-Down Administrator's Second Omnibus Objection (Non-Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del.*

---

[1] The Post-Effective Date Debtor in this case, along with the last four digits of the Post-Effective Date Debtor's federal EIN, is Oklahoma ProCure Management, LLC (9763). The Post-Effective Date Debtor's mailing address is c/o BDO USA, LLP, 100 Park Avenue, New York, New York 10017 (Attn: Tom H. Wang).

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Objection.

*L.R. 3007-1 (Duplicate; Late-Filed)* attached to the Objection as <u>Exhibit 1</u>; and upon all other documentation filed in connection with the Objection and the Claims identified on **<u>Exhibits A-B</u>**; and adequate notice of the Objection having been given as set forth in the Objection; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED with respect to each of the Claims identified on **<u>Exhibits A-B</u>** attached hereto.

2. The Duplicate Claim identified on **<u>Exhibit A</u>** hereto is hereby disallowed in full.

3. The Late-Filed Claim identified on **<u>Exhibit B</u>** hereto is hereby disallowed in full as an administrative claim and allowed as a general unsecured claim.

4. This Order shall be deemed a separate Order with respect to each of the Claims identified on **<u>Exhibits A-B</u>**. Any stay of this Order pending appeal by any claimants whose Claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Wind-Down Administrator, the Post-Effective Date Debtor, the Post-Effective Date Debtor's claims agent, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

**Dated: November 22nd, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**