## EXHIBIT A

### Duplicate Claim

| Name | Address | Claim Amount | Duplicate Claim to Be Disallowed | Surviving Claim | Reason for Disallowance |
|---|---|---|---|---|---|
| Varian Medical Systems, Inc. | Varian Medical Systems, Inc. 3100 Hansen Way Palo Alto, CA 94304 | $37,950.00 | 27 | 26 | Duplicate Claim |