## EXHIBIT B

### Late-Filed Claim

| Name | Address | Claim Amount | Claim No. | Date Filed | Reason for Objection |
|---|---|---|---|---|---|
| Athena Publishing Company | Robin R. Gunn<br>841 NW 34th St.<br>Oklahoma City, OK 73118 | $837.50 | 47 | 5/29/2019 | Late Filed |